# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff(s),<br>v.<br>CHIVAS GRAVES,<br>　　Defendant(s). | Case No.: 2:20-cr-00009-JAD-NJK<br>**Order**<br>[Docket No. 83] |

Pending before the Court is Defendant's motion to seal, Docket No. 83, which is **DENIED** without prejudice. First, the motion is defective in that it is not accompanied by the actual documents at issue. The Court does not generally analyze whether materials are properly sealed without actually reviewing those materials. Hence, when a party wishes to seal materials, he must file those materials under seal accompanied by a motion to seal. Local Rule IA 10-5(a). Second, the motion does not identify the applicable standards or provide meaningful discussion as to how they are met. The Court does not resolve undeveloped arguments. *See, e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013).

IT IS SO ORDERED.

Dated: April 6, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1