**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Chivas Graves,<br><br>    Defendant | Case No.: 2:20-cr-0009-JAD-VCF<br><br>**Order Denying Pro Se Request for Transcripts**<br><br>ECF No. 190 |

    Chivas Graves, a criminal defendant represented by counsel, submitted a pro se request to the Clerk of Court for sentencing-hearing transcripts.[1]  When a criminal defendant is represented by counsel, it is counsel who must make the request to the court reporter utilizing the proper forms.  If Graves requires transcripts, he must contact his counsel, Dustin Marcello, Esq., to place the order on his behalf.

    IT IS THEREFORE ORDERED that Graves's pro se request for transcripts **[ECF No. 190] is DENIED.**

    The Clerk of Court is directed to **MAIL a copy of this order to Chivas Graves, Inmate # 55532048, FCI Phoenix, 37910 N. 45th Ave., Phoenix, AZ  85086.**

    _____
U.S. District Judge Jennifer A. Dorsey
November 16, 2022

---

[1] ECF No. 190.